```
                                         FILED
                                    April 05, 2010
                                 CLERK, U.S. BANKRUPTCY COURT
                                 EASTERN DISTRICT OF CALIFORNIA
                                         D65
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Mary L. Greene | **Case No :** | 09-93245 - E - 11 |
| | | **Date :** | 3/31/10 |
| | | **Time :** | 10:30 |

**Matter :** [50] – Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (svim)
[50] – Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, NA (svim)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Carlene Walker
**Reporter :** NOT RECORDED
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by U.S. Bank, N.A. having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. §362(a) are immediately vacated to allow U.S. Bank, N.A., its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable non-bankruptcy law to conduct a non-judicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 2012 Wimbledon Court, Modesto, California.

No other or additional relief is granted.

Dated: April 05, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court